UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EUGENE HAYNES, | ) |
| | ) Case No. 1:15-cv-03631 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COMMONWEALTH FINANCIAL | ) |
| SYSTEMS, INC. | ) |
| | ) |
| Defendant, | |

**DEFAULT JUDGMENT**

This cause coming to be heard on Plaintiff's Motion for Default Judgment, upon a review of the record this Court finds that:

1. Plaintiff, a resident of the City of Chicago, State of Illinois, filed this action on April 24, 2015.

2. Defendant's registered agent was properly served with the Summons and Complaint pursuant to Rule 4(h) of the Federal Rules of Civil Procedure on May 13, 2015.

3. Defendant has not filed a Notice of Appearance, an Answer, nor any other responsive pleading with this Court.

4. Plaintiff properly filed this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter the "FDCPA"). Plaintiff's Complaint alleges

1

causes of action for violations of the FDCPA by Defendant in attempting to collect an alleged debt from Plaintiff.

5. On June 19, 2015, Plaintiff filed a Motion for Entry of Default.

6. On June 30, 2015, the Honorable Thomas M. Durkin found that Defendant failed to file an answer or otherwise sufficiently plead to the Complaint filed by Plaintiff, and that Defendant was otherwise subject to default as provided by the Federal Rules of Civil Procedure.

7. Pursuant to Federal Rule of Civil Procedure 55(a), an Entry of Default was entered against Defendant on June 30, 2015.

8. The Court has reviewed the Motion for Default Judgment; the Brief in Support thereof; the Complaint; the Declarations of Plaintiff and his counsel; and Plaintiff's exhibit of attorney time entries for this matter.

9. The Court finds that Defendant violated the FDCPA as follows:

   a. Defendant violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which was to harass, oppress and/or abuse Plaintiff in connection with the collection of the alleged debt;

   b. Defendant violated 15 U.S.C. § 1692e by using a false, deceptive and/or misleading representation or means in connection with the collection of the alleged debt;

   c. Defendant violated 15 U.S.C. § 1692e(2)(A) by falsely representing the character, amount and/or legal status of the alleged debt;

    d.    Defendant violated 15 U.S.C. § 1692e(10) by using a false, deceptive or misleading representation or means in connection with the collection of the alleged debt and/or to obtain information about Plaintiff;

    e.    Defendant violated 15 U.S.C. § 1692f by using an unfair or unconscionable means to attempt to collect the alleged debt;

    f.    Defendant violated 15 U.S.C. § 1692f(1) by collecting an amount where such amount was not expressly authorized by the agreement creating the debt and/or where such amount was not permitted by law.

10.    Pursuant to 15 U.S.C. § 1692k(a) the Court awards statutory damages to Plaintiff in the amount of $1,000.00.

11.    Pursuant to 15 U.S.C. § 1692k(a)(3), under the FDCPA, a plaintiff can recover from a debt collector "in the case of any successful action to enforce the foregoing liability, the costs of the action, together with a reasonable attorney's fee as determined by the court…"

12.    The Court has reviewed Plaintiff's attachments to his Motion for Default Judgment, reflecting the amount of attorneys' fees and court costs incurred by Plaintiff in the prosecution of this action, and copies of the time entries reflecting the work for which Plaintiff is seeking compensation for his attorneys' fees. The Court finds that good cause is shown for the award of reasonable attorney fees in the amount of $2,432.50, court costs in the amount of $400.00, and other costs relating to the service of the summons in the amount of $60.50.

WHEREFORE, the Court awards a judgment in favor of the Plaintiff, EUGENE HAYNES, and against Defendant, COMMONWEALTH FINANCIAL SYSTEMS, INC., as follows:

| | | | |
|---|---|---|---:|
| a. | FDCPA Statutory Damages | $ | 1,000.00 |
| b. | Attorneys' Fees | $ | 2,432.50 |
| c. | Court Costs | $ | 400.00 |
| d. | Other Costs | $ | 60.50 |
| | TOTAL | $ | 3,893.00 |

_____
District Judge Thomas M. Durkin
United States District Court
Northern District of Illinois

_____2/3/16_____
Date